| | | | | |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: | Thomas Cribbins | Telephone: | (313) 226-9100 |
| | Officer: | Priscilla Harris | Telephone: | (313) 439-5546 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Alonso MARENO-MEJIA

Case No.

Case: 2:26−mj−30143
Assigned To : Unassigned
Assign. Date : 3/18/2026
Description: CMP USA V.
MARENO−MEJIA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 5, 2026 _____ in the county of _____ Oakland _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) & (b)(2) | Unlawful Re-Entry Following Removal from the United States- Aggravated Felony Offense. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Priscilla Harris, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ March 18, 2026 _____

_____
*Judge's signature*

City and state: _____ Detroit, MI _____

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Priscilla Harris, declare the following under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since July 27, 2025. I am currently assigned to the ICE/ERO Detroit Criminal Apprehension Program (CAP).

2.      The information provided in this affidavit is based upon my personal knowledge and observations, along with information provided by other law enforcement personnel including ICE/ERO Deportation Officers and database record checks. I have also reviewed records from the official immigration file and system automated data. I have not included every fact known to law enforcement related to this investigation.

3.      This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Alonso MARENO-MEJIA, a forty-eight-year-old citizen and native of Mexico who has been previously removed from the United States and illegally re-entered without the proper authorization or documentation to be, or remain in, the United States. MARENO-MEJIA last entered the United States on an unknown date, at an unknown

1

place, without being inspected and admitted or paroled by an immigration officer.

Below are the known facts of the investigation used to support this complaint.

## PROBABLE CAUSE

4.      On or about August 11, 2006, Holmes County Sheriff's Office in Florida arrested MARENO-MEJIA for a moving traffic violation and possession of counterfeit documents.

5.      On April 12, 2007, a warrant for MARENO-MEJIA was issued for a violation of Florida Statute Section 831.02-Uttering and Publishing a Forged Instrument.

6.      On or about July 22, 2010, ICE in Gulfport, Mississippi encountered MARENO-MEJIA and questioned him regarding his immigration status. ICE determined MARENO-MEJIA to be an immigrant unlawfully present in the United States and that he entered the United States at a time or place other than as designated by the Attorney General.

7.      On or about July 28, 2010, Harrison County Justice Court in Mississippi convicted MARENO-MEJIA of driving under the influence, no driver's license, and careless driving. He was sentenced to time served.

8.      On or about July 29, 2010, ICE arrested MARENO-MEJIA and served him with Form I-862, Notice to Appear.

2

9. On September 3, 2010, MARENO-MEJIA was ordered removed through the Hidalgo, Texas Port of Entry.

10. On or about April 19, 2012, 14th Circuit Court in Washington County, Florida convicted MARENO-MEJIA of Lewd and Lascivious Molestation-Behavioral Molestation, Victim Less than 12 Years of Age, Offender 18 Years of Age or Older, under Florida Statute § 800.04, and sentenced him to five years' imprisonment.

11. 8 U.S.C. § 1101(a)(43) classifies the "murder, rape, or sexual abuse of a minor" as an "aggravated felony" for purposes of 8 U.S.C. § 1326(b)(2).

12. On or about June 15, 2015, MARENO-MEJIA was arrested in Holmes County, Florida, for Escape.

13. On or about June 25, 2015, ICE in Tallahassee, Florida arrested MARENO-MEJIA and reinstated his prior order of removal.

14. On or about July 9, 2015, MARENO-MEJIA was removed from the United States at Brownsville, Texas.

15. On or about March 2, 2026, Oakland County Sheriff's Office in Michigan arrested MARENO-MEJIA under the alias name of Reinerio Soto Acosta for a violation of MCL 750.81(D)(1) Assaulting/Resisting/Obstructing a Police Officer. That case is pending in the Oakland County courts.

16.     On March 5, 2026, ICE took custody of MARENO-MEJIA from the Oakland County Sheriff's Office in Pontiac, MI, and transported him to the Detroit Field Office where officers captured biometric information including a photograph and fingerprints for confirmation of identity in DHS/FBI databases. The fingerprints returned with a positive match for Alonso MARENO-MEJIA, a native and citizen of Mexico, who had previously been removed from the United States.

17.     ICE/ERO Officers reviewed the immigration file along with electronic subsequent DHS database queries which confirm that no records exist of MARENO-MEJIA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on July 9, 2015.

18.     The arrest and subsequent detention of MARENO-MEJIA was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

19.     ICE/ERO Detroit confirmed that MARENO-MEJIA reentered the United States illegally and served him with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

## CONCLUSION

20.     Based on the above information, I believe there is probable cause to conclude that Alonso MARENO-MEJIA, a citizen and native of Mexico, who had previously been convicted of an aggravated felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about July 9, 2015, was found in the United States without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326 (a) & (b)(2).

_____
Priscilla Harris, Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

March 18, 2026